UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
SOUTHERN DIVISION

UNITED STATES OF AMERICA

v.  MAGISTRATE NO. 1:20-mj-00078-JCG

MONTRECUS JAWORSKI CAMPBELL

### ORDER TO UNSEAL CRIMINAL COMPLAINT AND CASE

Upon Motion of the United States Attorney, the Clerk is directed to unseal the criminal complaint and this case.

SO ORDERED, this the 16th day of July, 2020.

_s/ John C. Gargiulo_
HONORABLE JOHN C. GARGIULO
UNITED STATES MAGISTRATE JUDGE